In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-23-00125-CV**
**IN THE INTEREST OF L.W.F.**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-04-04191-CV**

**MEMORANDUM OPINION**

After the trial court signed a final order in a suit establishing a father's parent-child relationship with his child, L.W.F., the child's father filed a notice of appeal. But after the father filed the notice, he failed to pay the filing fee required to appeal.

On May 26, 2023, the District Clerk notified the Court that the appellant had not arranged to pay for the clerk's record in his appeal. On that same day, the Clerk of this Court notified the parties that the appellant had not established his indigence, and that the appellant had not paid or arranged to pay the fee charged by the District Clerk for preparing the clerk's record. As a result, the clerk's record has not been filed in the appeal.

1

In a letter issued by the Court's Clerk on May 31, 2023, we warned the parties that the appellant had not remitted the filing fee for the appeal and that, unless the appellant paid the fee by June 15, 2023, the Court would dismiss the appeal without further notice on or after June 15. The Clerk of this Court also warned the appellant in another letter that on any day after June 26, 2023, the appeal would be dismissed unless the appellant either arranged to pay the fees required to file the clerk's record or explained to the Court why the appellant needed additional time to pay the fees. *See* Tex. R. App. P. 37.3(b).

Since then, the appellant has not paid the fee, nor has the appellant asserted he is unable to afford to pay the costs of his appeal. No party responded to these letters. In the absence of a satisfactory explanation justifying the appellant's failure to pay the filing fee for this appeal or to arrange to pay for a clerk's record to support the appeal, we dismiss the appeal for want of prosecution. *See id*. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 28, 2023
Opinion Delivered June 29, 2023

Before Golemon, C.J., Horton and Wright, JJ.

2